■ DAVID C. BORTEL et al., Appellants, v MATTHEW M. BURKE et al., Respondents. (Appeal No. 2.) [617 NYS2d 667] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Joslin, J. —New Trial.) Present—Lawton, J. P., Fallon, Wesley, Callahan and Davis, JJ.